1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
## CENTRAL DISTRICT OF CALIFORNIA
8

9  KATHLEEN MARIE CLARK,                ) Case No.: 2:17-cv-05796-PSG-DFM
                                        )
10       Plaintiff,                     )  ORDER AWARDING EQUAL
                                        ) ACCESS TO JUSTICE ACT
11   vs.                                ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
12 NANCY A. BERRYHILL, Acting           ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,     ) U.S.C. § 1920
13                                       )
         Defendant                       )
14                                       )
                                         )
15 _____ )

16       Based upon the parties' Stipulation for the Award and Payment of Equal

17 Access to Justice Act Fees, Costs, and Expenses:

18       IT IS ORDERED that fees and expenses in the amount of $4,250.00 as

19 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20 awarded subject to the terms of the Stipulation.

21 DATE: May 2, 2019

22

23       THE HONORABLE DOUGLAS F. MCCORMICK
         UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Lawrence D. Rohlfing*
     _____
4    Lawrence D. Rohlfing
     Attorney for plaintiff Kathleen Marie Clark
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26